No. 10–10809.  PAGAN v. RODEN, SUPERINTENDENT, MASSA-CHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK.  C. A. 1st Cir.  Certiorari denied.

No. 10–10810.  MORALES-RODRIGUEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 10–10811.  MEZA v. YATES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–10812.  PRIDGEN v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 10–10815.  LOGAN v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 10–10816.  JOHNSON v. VAIL, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10817.  MAHONEY v. HAMMOND ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10818.  KOSTRABA v. HOLDER, ATTORNEY GENERAL.  C. A. 8th Cir.  Certiorari denied.

No. 10–10819.  HUTSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10820.  GARNER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10821.  FLORES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–10823.  HIRPASSA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GENET AND FOR THE USE OF R. B. ET AL., MINORS v. PRINCE GEORGE'S COUNTY, MARY-LAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–10826.  GUTIERREZ v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 10–10827.  GARZA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.